# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JANE DOE                              :
                                      :
        Plaintiff,        :
                                      :
v.                                    :      3:12-CV-2236
                                      :      (JUDGE MARIANI)
OLD FORGE BOROUGH, et al.             :
                                      :
        Defendants.       :

## ORDER

AND NOW, THIS __1st__ DAY OF JULY, 2015, upon consideration of Defendants Lawrence Semenza and James Krenitsky's motions to partially dismiss Plaintiff's amended complaint (Docs. 126, 128) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendants' motions are **GRANTED**; to wit:

    a. Count VI (19 U.S.C. § 2255(a)) is **DISMISSED WITH PREJUDICE**.

    b. Defendant Semenza's motion to dismiss (Doc. 126) Counts XI (negligence), XIII (negligence per se), and XIX (negligent infliction of emotional distress) is **GRANTED** and these Counts are **DISMISSED WITH PREJUDICE**.

    c. Defendant Krenitsky's motion to dismiss (Doc. 128) Counts XII (negligence), XIV (negligence per se), and XX (negligent infliction of emotional distress) is **GRANTED** and these Counts are **DISMISSED WITH PREJUDICE**.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge