THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NASTASHA BURDYN** | : |
| **Plaintiff,** | : |
| v. | : 3:12-CV-2236 |
| | : **(JUDGE MARIANI)** |
| **OLD FORGE BOROUGH**, et al. | : |
| **Defendants.** | : |

## ORDER

**AND NOW, THIS 3RD DAY OF OCTOBER, 2016**, upon consideration of Defendant Old Forge Borough's Motion for Summary Judgment (Doc. 186) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendant's Motion is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge