# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NASTASHA BURDYN | : |
| Plaintiff, | : |
| v. | : 3:12-CV-2236 |
| | : (JUDGE MARIANI) |
| OLD FORGE BOROUGH, et al. | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 3RD DAY OF OCTOBER, 2016**, upon consideration Defendant Old Forge Hose & Engine Company's Motion for Summary Judgment (Doc. 165) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendant's Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's Motion for Summary Judgment with respect to Count VII (Childhood Sexual Abuse and Vicarious Liability) is **GRANTED**.

2. Defendant's Motion for Summary Judgment with respect to Count VIII (Negligence), Count IX (Negligent Supervision), and Count XXII (Punitive Damages) is **DENIED**.

3. Count X (Premises Liability) of Plaintiff's Amended Complaint is consolidated with Count VIII of the Amended Complaint.

Robert D. Mariani
United States District Judge