# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NASTASHA BURDYN | : |
| Plaintiff, | : |
| v. | :    3:12-CV-2236 |
| | :    (JUDGE MARIANI) |
| OLD FORGE BOROUGH, et al. | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 26th DAY OF JANUARY, 2017, upon consideration of the Motions in Limine filed by Plaintiff Burdyn, **IT IS HEREBY ORDERED THAT:**

1. The Court will **DEFER** ruling on Plaintiff's Motion in Limine to Bar Defendants' Counsel from Asking Scandalous and Impertinent Questions for which there is no Evidentiary Support (Doc. 251).

2. The Court will **DEFER** ruling on Plaintiff's Motion in Limine to Preclude the Use of Consent as Either a Defense, or a Mitigating Factor, to the Counts Alleged (Doc. 253).

3. The Court will **DEFER** ruling on Plaintiff's Motion in Limine to Allow Plaintiff to Reference Post-Incident Conduct (Doc. 255).

4. Plaintiff's Motion in Limine for the Court to Take Judicial Notice of a 2012 Pennsylvania Uniform Crime Reporting System Statistic (Doc. 261) is **DENIED WITH PREJUDICE**.

5. Plaintiff's Motion in Limine that Plaintiff is Entitled to an Adverse Inference Arising from Old Forge Hose and Engine's Failure to Produce Records that Old Forge Hose and Engine Asserts Went Missing (Doc. 264) is **DENIED WITH PREJUDICE**.

_____
Robert D. Mariani
United States District Judge