# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NASTASHA BURDYN | : |
| Plaintiff, | : |
| v. | : 3:12-CV-2236 |
| | : (JUDGE MARIANI) |
| OLD FORGE BOROUGH, et al. | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 26th DAY OF JANUARY, 2017, upon consideration of the Motions in Limine filed by Defendant Old Forge Hose & Engine Company ("OFHE"), **IT IS HEREBY ORDERED THAT:**

1. OFHE's Motion in Limine to Preclude Lay Witnesses from Testifying Regarding Posttraumatic Stress Disorder Symptoms, Diagnosis, or Treatment (Doc. 239) is **DEFERRED**.

2. OFHE's Motion in Limine to Exclude Duplicative or Cumulative Testimony from Plaintiff's Disclosed Expert Witnesses (Doc. 242) is **DENIED WITHOUT PREJUDICE**.

3. OFHE's Motion in Limine to Exclude Hindsight Evidence and Arguments (Doc. 245) is **DENIED WITHOUT PREJUDICE**.

4. OFHE's Motion in Limine to Exclude Evidence of Claimed Emotional Distress and/or Damages Caused by Litigation and/or the Legal Process and to Preclude Plaintiff's Recovery of the Same (Doc. 247) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff will not be permitted to offer evidence of emotional distress or recover damages for the emotional distress brought about by her institution and involvement in the current action. Subject to laying the proper foundation and compliance with the Federal Rules of Evidence and this Court's other rulings, Plaintiff may present evidence of emotional distress as a result of her involvement in the criminal proceedings and attempt to recover damages therefor.

Robert D. Mariani
United States District Judge