## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NASTASHA BURDYN         :
                   :
       **Plaintiff,**     :
   **v.**                :    **3:12-CV-2236**
                   :    **(JUDGE MARIANI)**
OLD FORGE BOROUGH, et al.   :
                   :
       **Defendants.**   :

## ORDER

**AND NOW, THIS 26th DAY OF JANUARY, 2017,** upon consideration of Defendant James Krenitsky's Omnibus Motion in Limine (Doc. 241), **IT IS HEREBY ORDERED THAT:**

1. Defendant's request that additional non-expert witnesses not previously identified by the Plaintiff be prohibited is **DENIED WITHOUT PREJUDICE**.

2. Defendant's request that the Court preclude the Plaintiff from using any demonstrative exhibits during her opening statement is **GRANTED**.  It is further ordered that no party shall be permitted to produce demonstrative evidence during opening statements without prior approval by the Court.

3. The Court will **DEFER** ruling on Defendant's request that the Court preclude any testimony or opinions by Plaintiff's experts beyond the four corners of their expert reports.

4. The Court will **DEFER** ruling on Defendant's request that the Court preclude hearsay statements and/or evidence.

5.  Defendant's request that any reference to Krenitsky's family at the time of trial be precluded is **GRANTED**.  No party shall reference Krentisky's children or his wife's pregnancy at the time of the events at issue.

Robert D. Mariani
United States District Judge