## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NASTASHA BURDYN                        :
                                       :
      **Plaintiff,**                  :
    **v.**                              :       **3:12-CV-2236**
                                       :       **(JUDGE MARIANI)**
OLD FORGE BOROUGH, et al.              :
                                       :
      **Defendants.**                :

### ORDER

**AND NOW, THIS 26th DAY OF JANUARY, 2017,** upon consideration of Defendant Lawrence Semenza's Motions in Limine to (1) Exclude all Evidence of and Reference to Defendant Semenza's Relationship with Mary Kate Steppacher (Doc. 267) and (2) allow the Admission of Defendant Semenza's Voluntary Offer to Take Polygraph Tests (Doc. 269), **IT IS HEREBY ORDERED THAT:**

1. The Motion in Limine to Exclude all Evidence of and Reference to Defendant Semenza's Relationship with Mary Kate Steppacher (Doc. 267) is **GRANTED**.

2. The Motion in Limine for the Admission of Defendant Semenza's Voluntary Offer to Take Polygraph Tests (Doc. 269) is **DENIED WITH PREJUDICE**.

Robert D. Mariani
United States District Judge