## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NASTASHA BURDYN            :
                                 :
           **Plaintiff,**            :
         **v.**                        :      **3:12-CV-2236**
                                   :      **(JUDGE MARIANI)**
OLD FORGE BOROUGH, et al.      :
                                   :
           **Defendants.**         :

### ORDER

AND NOW, THIS _26th_ DAY OF JANUARY, **2017**, upon consideration of the

Omnibus Motion in Limine of Defendant Old Forge Borough (Doc. 275), **IT IS HEREBY**

**ORDERED THAT:**

1. Defendant's request that the Court preclude the trial testimony of Tammy

   Eastwood is **DENIED WITHOUT PREJUDICE**.

2. Defendant's request that the Court prohibit testimony or evidence on any diaries,

   journals, calendars or any documents maintained by the Plaintiff is **DENIED**

   **WITHOUT PREJUDICE**.

3. Defendant's request that the Court preclude any and all reference to the building

   that houses both the Old Forge Borough administrative offices and the Hose and

   Engine Company as the "Old Forge Borough Building" is **DENIED WITH**

   **PREJUDICE**.

4. Defendant's request that the Court preclude any and all references to Plaintiff's claim against Walter Chiavacci or any events between the plaintiff and Chiavacci is **DENIED WITHOUT PREJUDICE**.

5. Defendant's request that the Court preclude any and all testimony concerning the plaintiff sitting on the lap of Lawrence Semenza in a Halloween costume is **DENIED WITH PREJUDICE**.

6. Defendant's request that the Court preclude evidence of any and all prior or subsequent lawsuits involving the Borough of Old Forge is **DENIED WITHOUT PREJUDICE**.

7. Defendant's request that the Court preclude any boorish behavior of Defendants, Semenza and Krenitsky while employed as officers for the Old Forge Borough Police Department is **DENIED WITHOUT PREJUDICE**.

8. The Court **DEFERS** ruling on Defendant's request that the Court preclude testimony or reference that Defendant Semenza allegedly asked Krenitsky to alter a police accident report.

9. Defendant's request that the Court preclude evidence of any domestic issues at the Semenza home or anything related to same is **GRANTED** to the extent that Plaintiff attempts to introduce evidence of "domestic issues" at Semenza's home. The Court **DEFERS** ruling on all other aspects of the motion subject to its analysis in the accompanying memorandum opinion.

10. The Court **DEFERS** ruling on Defendants' request that the Court preclude Kyra Zacker from offering any testimony related to the Borough of Old Forge and the employment of Lawrence Semenza and James Krenitsky.

11. Defendant's request that the Court preclude any reference to any event regarding the Plaintiff at the Borough of Old Forge Governmental Offices is **DENIED WITHOUT PREJUDICE**.

12. Defendant's request that the Court preclude the Plaintiff from offering any testimony concerning inappropriate touching or kissing by Defendant Semenza is **DENIED WITH PREJUDICE**.


Robert D. Mariani
United States District Judge