THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NASTASHA BURDYN

      Plaintiff,

v.

OLD FORGE BOROUGH, et al.

      Defendants.

3:12-CV-2236
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 11TH DAY OF MARCH, 2019**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** "Plaintiff's Motion for New Trial Pursuant to Federal Rule of Civil Procedure 59" (Doc. 444) is **DENIED**.

Robert D. Mariani
United States District Judge